UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PEREZ, et al., | Case No.  23-cv-00304-VC |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

The parties are ordered to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. In particular, the parties must demonstrate that the amount-in-controversy requirement is satisfied. The parties' agreement regarding the amount in controversy is not sufficient: Subject matter jurisdiction cannot be forfeited or waived, and the Court has an independent obligation to determine that it exists. *Arbough v. Y&H Corp.*, 546 U.S. 500, 514 (2006).

Responses from both the plaintiff and defendant are due Friday, May 12, by 5 p.m.

**IT IS SO ORDERED.**

Dated: May 2, 2023

_____

VINCE CHHABRIA
United States District Judge